**NOT FOR PUBLICIATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HASSAN A. REID, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 22-3598 (GC) (JBD) |
| | : | |
| v. | : | |
| | : | |
| NEW BRUNSWICK POLICE DEPARTMENT, | : | |
| et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff is proceeding *pro se* with a civil Complaint.  Previously, this Court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and permitted some of Plaintiff's claims to proceed past screening.  (*See* ECF 12 & 13).  Subsequently, mail sent to Plaintiff at his current listed address of record was returned to this Court as undeliverable.  (*See* ECF 15).  Thus, Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address.  *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").  Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 16th day of June, 2023,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S mail at his last listed address of record.

*/s/ Georgette Castner*

GEORGETTE CASTNER
United States District Judge